THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Amanda L. Gray, State Bar No. 244644
amandagray@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:   (619) 374-4100
Facsimile:    (619) 231-9040


Attorneys for Plaintiffs SALLY HAFF
and JOHN HAFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| SALLY HAFF AND JOHN HAFF, | Case No. 2:11-CV-00571-JAM-GGH |
| Plaintiffs, | [Action Commenced: March 1, 2011] |
| vs. | ORDER DISMISSING THE ACTION |
| GENERAL MOTORS COMPANY, and DOE 1 through DOE 10 inclusive, | Hon. John A. Mendez |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.


Date: July 27, 2011          /s/ John A. Mendez
                             Honorable John A. Mendez
                             U. S. District Court Judge